*Paul K. Plunkett, C. Thompson Harley,* for appellee.

### 33129. WILLIAMS v. WARE et al.

PER CURIAM.

The order appealed from in this case is a denial of an ex parte temporary restraining order, which is not a final judgment or one appealable under the provisions of Code Ann. § 6-701. *Hulsey v. Smith,* 223 Ga. 522 (156 SE2d 353) (1967); *George v. George,* 231 Ga. 296 (201 SE2d 418) (1973). Accordingly, the appeal must be dismissed.

*Appeal dismissed. All the Justices concur.*

SUBMITTED JANUARY 6, 1978 — DECIDED JANUARY 24, 1978.

George Williams, Jr., *pro se.*
*J. Lowell Ware,* for appellees.